UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK P. HURLEY, JA BROOKVIEW, LLC, AND THE HURLEY IRREVOCABLE TRUST, On Behalf of Themselves and Derivatively On Behalf of FIDUCIARY NETWORK, LLC <br><br> Plaintiffs, <br><br> v. <br><br> EB SAFE, LLC, EMIGRANT BANK, HOWARD MILSTEIN, BARRY FRIEDBERG, ALAIN LEBEC, JOHN SANDERS, GREGG FREEDMAN, AND KARL HECKENBERG, <br><br> Defendants, and <br><br> FIDUCIARY NETWORK, LLC, <br><br> Nominal Defendant. | Case No.: _____ <br><br> JURY TRIAL DEMANDED |

**NOTICE OF RELATED CASES**

Pursuant to Local Civil Rules for the Northern District of Texas 3.3 and 81.1(a)(3), Defendants EB Safe, LLC ("EB"); Emigrant Bank; Howard Milstein; Barry Friedberg; Alain Lebec; John Sanders; Gregg Freedman; and Karl Heckenberg; and Nominal Defendant Fiduciary Network, LLC (collectively, "Defendants"), file this Notice of Related Cases.

To the best of the Defendants' knowledge, information, and belief — formed after an inquiry reasonable under the circumstances — the following civil actions arose from a common nucleus of operative fact with the case presently being removed:

1. ***Fiduciary Network, LLC v. Hurley***, No. 656082-2018 (N.Y. Sup. Ct., Dec. 6, 2018).

    a. Presiding Judge: <u>(Unassigned)</u>

    b. Status: <u>Pending.</u>

1

2. ***EB Safe, LLC v. Hurley***, No. 18-cv-7651 (AJN) (S.D.N.Y., Aug. 22, 2018) (under seal).

    a. Presiding Judge: <u>U.S. District Judge Alison J. Nathan</u>

    b. Status: <u>Pending.</u>

3. ***Friedberg, et al. v. Hurley***, No. 651873-2018 (N.Y. Sup. Ct., Apr. 18, 2018) (under seal).

    a. Presiding Judge: <u>Supreme Court Justice Barry R. Ostrager</u>

    b. Status: <u>Dismissed (Apr. 27, 2018).</u>

4. ***EB Safe, LLC, v. Hurley***, No. 1:17-CV-06163 (ALC) (S.D.N.Y. August 15, 2017).

    a. Presiding Judge: <u>U.S. District Judge Andrew L. Carter, Jr.</u>

    b. Status: <u>Dismissed (May 21, 2018).</u>

Dated: January 3, 2019.

Respectfully submitted,

*s/ Paul E. Coggins*

**Paul E. Coggins**
  *Attorney-in-Charge*
  State Bar No. 04500700
  PCoggins@LockeLord.com

**Kip Mendrygal**
  State Bar No. 24041472
  KMendrygal@LockeLord.com

**"Mario" Hoang Nguyen**
  State Bar No. 24105873
  Mario.Nguyen@LockeLord.com

**LOCKE LORD LLP**
  2200 Ross Avenue, Suite 2800,
  Dallas, Texas 75201
  T: (214) 740-8000
  F: (214) 740-8800

**ATTORNEYS FOR DEFENDANTS EB SAFE, LLC; EMIGRANT BANK; HOWARD MILSTEIN; BARRY FRIEDBERG; ALAIN LEBEC; JOHN SANDERS; GREGG FREEDMAN; KARL HECKENBERG; AND NOMINAL DEFENDANT FIDUCIARY NETWORK, LLC.**

## CERTIFICATE OF SERVICE

I, Kip Mendrygal, Counsel for Defendants, certify that a copy of the foregoing was sent to all counsel of record via the Court's electronic filing system on January 3, 2019.

*s/ Kip Mendrygal*
Kip Mendrygal

3